IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |
|---|---|
| **JONAS BRINKLEY,** | : |
| **Plaintiff** | : |
| v. | :    CASE NO.  7:08-CV-109 (HL) |
| **STEVE UPTON** | : |
| **Defendant** | : |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 15) filed June 5, 2009 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 7th day of July, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**